UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CR-20218-SINGHAL

UNITED STATES OF AMERICA,
Plaintiff,

v.

YUDLIANELA PEREZ,
Defendant.
_____/

**UNOPPOSED MOTION TO CONTINUE TRIAL
AND RELATED DEADLINES**

The Defendant, YUDLIANELA PEREZ, through undersigned counsel, and without opposition from counsel for the Government, respectfully requests that this Honorable Court continue the trial and related deadlines in this matter. In support, undersigned counsel states as follows:

1. The trial in this case is set for two-week period commencing on March 28, 2022.

2. The Defendant is charged by Indictment [DE 3] in the above styled matter with Conspiracy to Possess with the Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846.

3. On or about mid-September of 2021, undersigned counsel received voluminous discovery consisting of approximately 12 terabytes (TB) on the undersigned's

external hard drive from the government [DE 129].

4. Defense counsel is still in the process of reviewing said second round of discovery [DE 129].

5. Defendant, therefore, needs additional time to adequately examine all discovery and prepare for the trial of this case.

6. Consequently, Defendant respectfully requests that this Honorable Court continue the trial of this cause for 60 days.

7. Defense counsel will be out of the country from June 6-24, 2022 and asks that the trial not be set during that period.

8. Pursuant to Local Rule 88.9, Assistant United States Sean McLaughlin advised that he does not oppose the instant request.

**WHEREFORE**, Defendant, YUDLIANELA PEREZ, through undersigned counsel, and without opposition from counsel for the Government, respectfully requests that this Honorable Court continue the trial and related deadlines in this matter.

> Respectfully submitted,
> Gennaro Cariglio Jr. P.L.
> 8101 Biscayne Blvd

>Penthouse 701
>Miami, FL 33138
>Telephone: (305) 899-0438
>Facsimile: (305) 373-3832
>E-mail: sobeachlaw@aol.com
>By: /s/ Gennaro Cariglio Jr.
>GENNARO CARIGLIO JR., ESQ.
>Florida Bar No. 51985
>Attorney for the Defendant